MELVIN MITCHELL *v.* COMMISSIONER OF
CORRECTION

The petitioner Melvin Mitchell's petition for certification for appeal from the Appellate Court, 68 Conn. App. 1 (AC 19689), is denied.

*Lisa J. Steele*, special public defender, in support of the petition.

*Michael E. O'Hare*, assistant state's attorney, in opposition.

Decided March 14, 2002

FEDERAL DEPOSIT INSURANCE CORPORATION,
RECEIVER OF FIRST CONSTITUTION BANK *v.*
JOSEPH M. CALDRELLO ET AL.

The petition for certification by the defendants Joseph M. Caldrello and Sandra V. Caldrello for appeal from the Appellate Court, 68 Conn. App. 68 (AC 20144), is denied.

*Richard D. Haviland*, in support of the petition.

*Donald E. Frechette*, in opposition.

Decided March 14, 2002